## Harry A. Arbogast, Appellant, v. The Pennsylvania Railroad Company, Appellee.

Gen. No. 45,302.

Edward B. Henslee, for appellant; Francis H. Monek, Melvin L. Griffith, Henry W. Lehmann, and John J. Naughton, of counsel; Theodore Schmidt, P. J. Cronin, and Barrett, Barrett, Costello & Barrett, for appellee; George F. Barrett, John W. Costello, and Edward Wolfe, of counsel. Opinion by Justice Feinberg. **Not to be published in full.** Opinion filed June 1, 1951; rehearing denied June 13, 1951; released for publication June 22, 1951.